**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE | : | NO. 518 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 9th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of October 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 9th Judicial District (Cumberland County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Cumberland County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 09-1-01
Magisterial District Judge Christopher J. Delozier

Lower Allen Township
New Cumberland Borough
Shiremanstown Borough

Magisterial District 09-1-02
Magisterial District Judge Elizabeth S. Beckley

Camp Hill Borough
Lemoyne Borough
West Shore Regional
Wormleysburg Borough

Magisterial District 09-1-03
Magisterial District Judge Michael P. Sanderson

East Pennsboro Township
West Fairview Borough

Magisterial District 09-2-01
Magisterial District Judge Paul M. Fegley

Lower Frankford Township
Middlesex Township
North Middleton Township

Magisterial District 09-2-02                          Carlisle Borough
Magisterial District Judge Jonathan R. Birbeck


Magisterial District 09-3-01                          Hopewell Township
Magisterial District Judge Harold Anthony Adams        Newburg Borough
                                                       Shippensburg Borough
                                                       Shippensburg Township
                                                       Southampton Township


Magisterial District 09-3-02                          Cooke Township
Magisterial District Judge Vivian J. Cohick           Lower Mifflin Township
                                                       Newville Borough
                                                       North Newton Township
                                                       Penn Township
                                                       South Newton Township
                                                       Upper Frankford Township
                                                       Upper Mifflin Township
                                                       West Pennsboro Township


Magisterial District 09-3-03                          Dickinson Township
Magisterial District Judge Daniel J. Freedman          Mount Holly Springs Borough
                                                       South Middleton Township


Magisterial District 09-3-04                          Hampden Township
Magisterial District Judge Kathryn H. Silcox          Silver Spring Township


Magisterial District 09-3-05                          Mechanicsburg Borough
Magisterial District Judge Mark W. Martin             Monroe Township
                                                       Upper Allen Township